IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION


| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| V. | ) | CASE NO. 1:10cr140 |
| | ) | |
| TRAVIS LAVERT SHUBERT | ) | |

---

ORDER

---

Presently before the Court is Defendant's Motion to Vacate Motions 78-94 filed

3-31-2015 (Doc. 96).

Upon consideration, the above and foregoing request is hereby GRANTED. The Clerk

is directed to terminate Defendant's Motions filed on March 31, 2015 (Docs. 78-94).

SO ORDERED this 22nd day of April, 2015.

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA